✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ Gregory T. Murphy |
| Date | Signature |
|  | Print Name / Bar Number |
|  | Address |
|  | City / State / Zip Code |
|  | Phone Number / Fax Number |

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Brian Keith Higgs

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LOUISA S. PORTER)**

11 UNITED STATES OF AMERICA,    )    Case No. 08MJ1936
                                )
12          Plaintiff,           )
                                )
13 v.                           )    **CERTIFICATE OF SERVICE**
                                )
14 BRIAN KEITH HIGGS,           )
                                )
15          Defendant.           )
   _____)
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                  U.S. Attorney CR
                Efile.dkt.gc2@usdoj.gov; and
20
                     Linda A. King
21         laking@N2.net,vbm_5562@yahoo.com

22                           Respectfully submitted,

23

24 DATED:    June 26, 2008         /s/ Gregory T. Murphy
                                   **GREGORY T. MURPHY**
25                                 Federal Defenders of San Diego, Inc.
                                   Attorneys for Brian Keith Higgs
26

27

28