1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                          July 2007 Grand Jury

    UNITED STATES OF AMERICA,        )  Criminal Case No. _____
11                                    )
                     Plaintiff,       )  I N D I C T M E N T
12                                    )
          v.                          )  Title 8, U.S.C.,
13                                    )  Sec. 1324(a)(2)(B)(ii) -
    BRIAN KEITH HIGGS,                )  Bringing in Illegal Aliens for
14                                    )  Financial Gain; Title 8, U.S.C.,
                     Defendant.       )  Sec. 1324(a)(2)(B)(iii) - Bringing
15                                    )  in Illegal Aliens Without
                                      )  Presentation; Title 18, U.S.C.,
16  _____)  Sec. 2 - Aiding and Abetting

17        The grand jury charges:

18                                Count 1

19        On or about December 26, 2006, within the Southern District of

20  California, defendant BRIAN KEITH HIGGS, with the intent to violate

21  the immigration laws of the United States, knowing and in reckless

22  disregard of the fact that an alien, namely, Lucia Trinidad-Marcos,

23  had not received prior official authorization to come to, enter and

24  reside in the United States, did bring to the United States said alien

25  for the purpose of commercial advantage and private financial gain; in

26  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

27  and Title 18, United States Code, Section 2.

28  //

    JPME:nlv:San Diego
    7/7/08

Count 2

On or about December 26, 2006, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lucia Trinidad-Marcos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 3

On or about December 26, 2006, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hermila Castillo-Busio, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 4

On or about December 26, 2006, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hermila Castillo-Busio, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien

1   and upon arrival did not bring and present said alien immediately to

2   an appropriate immigration officer at a designated port of entry; in

3   violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii),

4   and Title 18, United States Code, Section 2.

5   Count 5

6       On or about December 26, 2006, within the Southern District of

7   California, defendant BRIAN KEITH HIGGS, with the intent to violate

8   the immigration laws of the United States, knowing and in reckless

9   disregard of the fact that an alien, namely, Maria Jesus-Castillo, had

10   not received prior official authorization to come to, enter and reside

11   in the United States, did bring to the United States said alien for

12   the purpose of commercial advantage and private financial gain; in

13   violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

14   and Title 18, United States Code, Section 2.

15   Count 6

16       On or about December 26, 2006, within the Southern District of

17   California, defendant BRIAN KEITH HIGGS, with the intent to violate

18   the immigration laws of the United States, knowing and in reckless

19   disregard of the fact that an alien, namely, Maria Jesus-Castillo, had

20   not received prior official authorization to come to, enter and reside

21   in the United States, did bring to the United States said alien and

22   upon arrival did not bring and present said alien immediately to an

23   appropriate immigration officer at a designated port of entry; in

24   violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii),

25   and Title 18, United States Code, Section 2.

26   //

27   //

28   //

1

### Count 7

2      On or about December 26, 2006, within the Southern District of
3  California, defendant BRIAN KEITH HIGGS, with the intent to violate
4  the immigration laws of the United States, knowing and in reckless
5  disregard of the fact that an alien, namely, Karina Escobar-Escobar,
6  had not received prior official authorization to come to, enter and
7  reside in the United States, did bring to the United States said alien
8  for the purpose of commercial advantage and private financial gain; in
9  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),
10 and Title 18, United States Code, Section 2.

11

### Count 8

12     On or about December 26, 2006, within the Southern District of
13 California, defendant BRIAN KEITH HIGGS, with the intent to violate
14 the immigration laws of the United States, knowing and in reckless
15 disregard of the fact that an alien, namely, Karina Escobar-Escobar,
16 had not received prior official authorization to come to, enter and
17 reside in the United States, did bring to the United States said alien
18 and upon arrival did not bring and present said alien immediately to
19 an appropriate immigration officer at a designated port of entry; in
20 violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii),
21 and Title 18, United States Code, Section 2.

22

### Count 9

23     On or about December 26, 2006, within the Southern District of
24 California, defendant BRIAN KEITH HIGGS, with the intent to violate
25 the immigration laws of the United States, knowing and in reckless
26 disregard of the fact that an alien, namely, Hilario Nieto-Hernandez,
27 had not received prior official authorization to come to, enter and
28 reside in the United States, did bring to the United States said alien

for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 10

On or about December 26, 2006, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hilario Nieto-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 11

On or about December 26, 2006, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Lagunas-Carbajal, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 12

On or about December 26, 2006, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless

1  disregard of the fact that an alien, namely, Juan Lagunas-Carbajal,

2  had not received prior official authorization to come to, enter and

3  reside in the United States, did bring to the United States said alien

4  and upon arrival did not bring and present said alien immediately to

5  an appropriate immigration officer at a designated port of entry; in

6  violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii),

7  and Title 18, United States Code, Section 2.

8                              Count 13

9       On or about December 26, 2006, within the Southern District of

10  California, defendant BRIAN KEITH HIGGS, with the intent to violate

11  the immigration laws of the United States, knowing and in reckless

12  disregard of the fact that an alien, namely, Custodio Castillo-Gomez,

13  had not received prior official authorization to come to, enter and

14  reside in the United States, did bring to the United States said alien

15  for the purpose of commercial advantage and private financial gain; in

16  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

17  and Title 18, United States Code, Section 2.

18                              Count 14

19      On or about December 26, 2006, within the Southern District of

20  California, defendant BRIAN KEITH HIGGS, with the intent to violate

21  the immigration laws of the United States, knowing and in reckless

22  disregard of the fact that an alien, namely, Custodio Castillo-Gomez,

23  had not received prior official authorization to come to, enter and

24  reside in the United States, did bring to the United States said alien

25  and upon arrival did not bring and present said alien immediately to

26  an appropriate immigration officer at a designated port of entry; in

27  violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii),

28  and Title 18, United States Code, Section 2.

Count 15

On or about August 25, 2007, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elizabeth Lopez-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 16

On or about August 25, 2007, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elizabeth Lopez-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 17

On or about June 22, 2008, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adelina Martinez-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien

7

1  for the purpose of commercial advantage and private financial gain; in

2  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

3  and Title 18, United States Code, Section 2.

4  Count 18

5     On or about June 22, 2008, within the Southern District of

6  California, defendant BRIAN KEITH HIGGS, with the intent to violate

7  the immigration laws of the United States, knowing and in reckless

8  disregard of the fact that an alien, namely, Adelina Martinez-Morales,

9  had not received prior official authorization to come to, enter and

10  reside in the United States, did bring to the United States said alien

11  and upon arrival did not bring and present said alien immediately to

12  an appropriate immigration officer at a designated port of entry; in

13  violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

14  Count 19

15     On or about June 22, 2008, within the Southern District of

16  California, defendant BRIAN KEITH HIGGS, with the intent to violate

17  the immigration laws of the United States, knowing and in reckless

18  disregard of the fact that an alien, namely, Juan Luis Hernandez-

19  Parra, had not received prior official authorization to come to, enter

20  and reside in the United States, did bring to the United States said

21  alien for the purpose of commercial advantage and private financial

22  gain; in violation of Title 8, United States Code,

23  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,

24  Section 2.

25  //

26  //

27  //

28  //

8

<u>Count 20</u>

On or about June 22, 2008, within the Southern District of California, defendant BRIAN KEITH HIGGS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Luis Hernandez-Parra, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: July 8, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney